IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAE JAVAR COMPTON, | : | |
| Petitioner, | : | 1:18-cv-2115 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DAVID J. EBBERT, | : | |
| Respondent. | : | |

# **ORDER**

**February 5, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc.1), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED as it relates to Incident Report 3184195 and the civil rights claims. The dismissal as to the civil rights claims is without prejudice to Compton's right to pursue the claims in a properly filed civil rights claim.

2. The petition for writ of habeas corpus is DENIED with respect to Incident Report Numbers 2828416, 2928319, 2928499, 2928836, and 2943200, and the SMU challenge based on the Court's prior Memorandum and Order filed on September 3, 2019, in the matter of *Compton v. Ebbert*, Civil No. 1:18-cv-0220.

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge